In the matter of the estate of Louisa F. Strittmater, deceased.

[Argued February 7th, 1947.   Decided May 15th, 1947.]

*Mr. Laurence Semel,* for the appellant.

*Messrs. Peer & Mahr (Mr. Alfred H. Peer,* of counsel), for the respondents.

Per Curiam.

The decree under review will be affirmed, for the reasons stated in the opinion of Vice-Ordinary Bigelow.

*For affirmance*—The Chief-Justice, Bodine, Donges, Heher, Wachenfeld, Eastwood, Dill, Freund, McGeehan, McLean, JJ. 10.

*For reversal*—Colie, Wells, JJ. 2.